IN THE MATTER OF       *       IN THE COURT OF APPEALS

THE APPLICATION FOR       *       OF MARYLAND

RESIGNATION OF       *       Misc. Docket AG No. 80

EUGENE ALOYSIUS WALSH       *       September Term, 2018

**ORDER**

UPON CONSIDERATION of the Application to Resign from the Practice of Law of Eugene Aloysius Walsh and the response of Bar Counsel thereto, it is this 24th day of June, 2019;

ORDERED, that the resignation of Eugene Aloysius Walsh from the Bar of the State of Maryland is hereby accepted; and it is further

ORDERED, that the Clerk of this Court shall remove the name Eugene Aloysius Walsh from the register of attorneys in the Court and certify that fact to the Trustees of the Client Protection Fund of the Bar of Maryland and the Clerks of all judicial tribunals in this State.

/s/ Clayton Greene Jr.
Senior Judge

Pursuant to Maryland Uniform Electronic Legal
Materials Act
(§§ 10-1601 et seq. of the State Government Article) this document is authentic.



Suzanne C. Johnson, Clerk